# IN THE SUPREME COURT OF THE STATE OF NEVADA

GRACIELA ACEVES, AN INDIVIDUAL,
Appellant,
vs.
TYCO INTEGRATED SECURITY LLC,
A FOREIGN LIMITED LIABILITY
COMPANY,
Respondent.

No. 71196

FILED

MAR 15 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is an appeal from a district court order granting a motion for summary judgment. Eighth Judicial District Court, Clark County; Valerie Adair, Judge.

When our initial review of the docketing statement and documents before this court revealed a potential jurisdictional defect, we ordered appellant to show cause why this appeal should not be dismissed for lack of jurisdiction. We questioned whether a final judgment had been entered where appellant's claims against Kaufman Boulder Marketplace, LLC, Mark Kaufman, and Mark Kaufman Properties, Inc., as well as the claims in the third party complaint remained pending in the district court.

In response to our order, appellant asserts that the third party complaint was dismissed on November 16, 2016. Although appellant has not attached a copy of the order to his response, we have reviewed the order and confirmed that it resolves the claims in the third party complaint. However, appellant concedes that the claims against Kaufman Boulder Marketplace, LLC, Mark Kaufman, and Mark Kaufman Properties, Inc. remain pending in the district court. Accordingly, the challenged order is not appealable as a final judgment under NRAP 3A(b)(1), *see Lee v. GNLV, Corp.*, 116 Nev. 424, 996 P.2d 416 (2000)

17-08644

(defining a final judgment). As appellant does not assert, and it does not appear that the challenged order is otherwise appealable, we conclude that we lack jurisdiction over this appeal, *see Taylor Constr. Co. v. Hilton Hotels,* 100 Nev. 207, 678 P.2d 1152 (1984), and

ORDER this appeal DISMISSED.

_____, J.
Hardesty

_____, J.
Parraguirre

_____, J.
Stiglich

cc:     Hon. Valerie Adair, District Judge
        Craig A. Hoppe, Settlement Judge
        Roger Steggerda & Associates, LLC
        Cisneros & Marias
        Shook, Hardy & Bacon/Kansas City
        Eighth District Court Clerk